# Case # 17ED059688 - The Connor Group d/b/a Brookwood Valley A

## Envelope Information

**Envelope Id**
2184194

**Submitted Date**
2/12/2018 9:46 AM EST

**Submitted User Name**
baotran_le@gand.uscourts.gov

## Case Information

**Location**
Fulton Magistrate Court

**Category**
Civil

**Case Type**
DISPOSSESSORY

**Case Initiation Date**
12/14/2017

**Case #**
17ED059688

## Filings

**Filing Type**
EFile

**Filing Code**
NOTICE

**Filing Description**
Order of Remand from the United States District Court, Northern GA

**Client Reference Number**
1:18-cv-237-LMM

**Filing Status**
Submitting

### Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| 1-18-cv-00234-LMM.pdf | Order of Remand from the United States District Court, Northern GA | | Original File |

## Fees

## NOTICE

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total:** $0.00 |

Total Filing Fee $0.00

**Envelope Total:** $0.00

*Waiver selected*

| | |
|---|---|
| **Party Responsible for Fees** | ALGERNON SHARPE |
| **Payment Account** | Clerk, U.S. District Cou… |
| **Filing Attorney** | James Hatten |

© 2018 Tyler Technologies                                                                                                Version: 2017.0.5.115